UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Maria Rivera o/b/o,
Ashley Rivadeneira
    Plaintiff

V.                                  CA:05-268S

Jo Anne B. Barnhart, Commissioner,
Social Security Administration
    Defendant

## ORDER

    The Report and Recommendation of United States Magistrate Judge David L. Martin filed on November 15, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Summary Judgment or Alternative, Motion to Remand is Granted to the extent that this matter be remanded to the Commissioner with instructions to have the entire record reviewed by a DDS doctor or other qualified expert to obtain an opinion as to the degree of Plaintiff's impairment in the domains of acquiring and using information and interacting and relating with others as of September 16, 2004, and that the Defendant's Motion for an Order Affirming the Decision of the Commissioner is Denied.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/17/06